UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PAULA DINU, on behalf of herself
and all others similarly situated,

       *Plaintiff*,

          **NOTICE OF MOTION TO REMAND TO N.Y.S. COURT**

 -against-

          **2025 Civ 9972 (JGLC**)

NORTHWELL HEALTH, INC., MICHAEL J. DOWLING,
VASSAR BROTHERS HOSPITAL,
NORTHERN WESTCHESTER HOSPITAL, INC.,
LONG ISLAND JEWISH MEDICAL CENTER,
NORTH SHORE UNIVERSITY HOSPITAL,
SOUTH SHORE UNIVERSITY HOSPITAL,
STATEN ISLAND UNIVERSITY HOSPITAL,

      *Defendants*.    Westchester NY Index No. 55604/2025
------------------------------------------------------------------x

  **PLEASE TAKE NOTICE** that Plaintiff Paula Dinu, upon the accompanying Memorandum of Law, Declaration of Michael Diederich, Jr., the pleadings and exhibits, and all prior proceedings, will move this Court, at a date and time to be set by the Court, for an Order remanding this action to the Supreme Court of the State of New York, County of Westchester, pursuant to 28 U.S.C. § 1447(c), and granting such other relief as the Court deems just and proper.

  **PLEASE TAKE FURTHER NOTICE** that in accordance with the Individual Practice Rules of Judge Clarke and Local Civil Rule ("LCR") 6.1 (b) response papers, if any, must be served within 14 days after service of the moving papers via service accomplished via ECF. *See*, LCR 6.1(c).

Dated: Stony Point, New York
    December 24, 2025

           _____/S/ Michael Diederich, Jr._____
           MICHAEL D. DIEDERICH, JR., ESQ.
           *Attorney for Plaintiff*
           DIEDERICH LAW OFFICE
           361 Route 210
           Stony Point, NY 10980
           (845) 942-0795
           Mike@DiederichLaw.com

TO: Traycee Ellen Klein, Esq.
   Millie Warner, Esq.
   Epstein Becker & Green, P.C.
   *Attorneys for Defendants*